**En el Tribunal Supremo de Puerto Rico**

| | |
|---|---|
| | |
| In re: | Querella |
| Roberto Palou Bosch | **99 TSPR 132** |

Número del Caso: **CP-1995-0010**

Oficina del Procurador General:

Lcda. Edda Serrano Blasini,

Subprocuradora General

Lcda. Ivonne Casanova Pelosi

Procuradora General Auxiliar

Abogados de la Parte Querellada:

Lcda. Edmee Vincenty

Lcdo. Arturo Negrón García

Fecha: 08/27/1999

Materia: **Conducta Profesional**

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

In re:

Roberto Palou Bosch

CP-95-10

Sala Especial de Verano integrada por su Presidenta la Juez Asociada señora Naveira de Rodón y los Jueces Asociados señores Hernández Denton y Corrada del Río

## RESOLUCION

San Juan, Puerto Rico, a 27 de agosto de 1999.

A la moción del peticionario solicitando su reinstalación al ejercicio de la abogacía, se accede a la misma.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.


Carmen E. Cruz Rivera

Subsecretaria del Tribunal Supremo

## EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACION DE SALA

O R
D E
N

San Juan, Puerto Rico, a 27 de agosto de 1999.

Debido a la inhibición del Juez Asociado señor Negrón en el caso Núm. CP-95-10, In re: Roberto Palou Bosch, se crea Sala Especial compuesta por la Juez Asociada señora Naveira de Rodón como Presidenta y los Jueces Asociados señores Hernández Denton y Corrada del Río para entender en dicho caso.

Lo decretó y firma,


Miriam Naveira de Rodón

Presidenta

Certifico:

Carmen E. Cruz Rivera

Secretaria Tribunal Supremo

Retornar al índice anterior